THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HILARIO VALDEZ and CORAZON VALDEZ, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a Washington D.C. Corporation,<br><br>Defendant. | NO.  2:18-CV-00190-BHS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Hilario Valdez and Corazon Valdez and Defendant National Railroad Passenger Corporation a/k/a Amtrak who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby give notice of the Parties' agreed stipulation of dismissal with prejudice of all claims asserted by Plaintiffs against Defendant in the above-captioned matter.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant their Stipulation of Dismissal with Prejudice and that each party will bear its own costs and fees incurred.

Dated: November30th, 2018.

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)- 1

LAW OFFICE OF VITALE AND WALLACE
Mailing Address:
1299 Zurich Way, Suite 460
Schaumburg, IL 60196
Fax  (206) 515-4848

|   |   |
|---|---|
| 1 | LAW OFFICE OF VITALE AND WALLACE |
| 2 | By: s/ *Gregory G. Wallace* |
|   | Gregory G. Wallace, WSBA No. 29029 |
| 3 | Email: gregroy.wallace@zurichna.com |
| 4 | Attorney for Defendant National Railroad Passenger Corporation dba Amtrak |
| 5 |   |
| 6 | STIPULATED AND AGREED TO: |
| 7 | LANE POWELL PC |
| 8 | By: s/ Tim D. Wackerbarth |
|   | Tim D. Wackerbarth, WSBA No. 13673 |
| 9 | Wackerbartht@lanepowell.com |
|   | Andrew G. Yates, WSBA No. 34239 |
| 10 | yatesa@lanepowell.com |
|   | Warren E. Babb, Jr., WSBA No. 13410 |
| 11 | babbw@lanepowell.com |
|   | Rachel B. Greenlee, WSBA No. 49873 |
| 12 | greenleer@lanepowell.com |
| 13 | Attorneys for Defendant National Railroad Passenger Corporation dba Amtrak |
| 14 |   |
|   | THORNTON MOSTUL, PLLC |
| 15 |   |
|   | By: s/ *George A. Thornton* |
| 16 | George A. Thornton, WSBA No. 8198 |
|   | Email: gthornton@thorntonmostullaw.com |
| 17 | Attorney for Plaintiffs Hilario and Corazon Valdez |
| 18 | LAW OFFICE OF CHARLES L. MEYER |
| 19 |   |
|   | By: s/ *Charles L. Meyer* |
| 20 | Charles L. Meyer, WSBA No. 5279 |
|   | Email: lawofficesofcharleslmeyer@gmail.com |
| 21 | Attorney for Plaintiffs Hilario and Corazon Valdez |
| 22 | LAW OFFICE OF VITALE AND WALLACE |
| 23 |   |
|   | By: s/ *Gregory G. Wallace* |
| 24 | Gregory G. Wallace, WSBA No. 29029 |
|   | Email: gregroy.wallace@zurichna.com |
| 25 | Attorney for Defendant National Railroad Passenger Corporation dba Amtrak |

STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) - 2

LAW OFFICE OF VITALE AND WALLACE
Mailing Address:
1299 Zurich Way, Suite 460
Schaumburg, IL 60196
Fax  (206) 515-4848